UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                       :

UNITED STATES                            :

                                                      :          12-CR-790 (PAE)

                                                        :

                    -v-                                 :          <u>ORDER</u>

                                                        :

JUAN RODRIGUEZ,             :

                             Defendant.      :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received the attached correspondence from defendant Juan Rodriguez, which the Court treats as a *pro se* motion for compassionate release. To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Rodriguez to submit a memorandum of law in support of this application. This letter is due Tuesday, May 26, 2020. The Government's response is due Thursday, May 28, 2020. The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made. The Clerk of Court is directed to mail a copy of this order to Mr. Rodriguez.

       SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            Paul A. Engelmayer
                                                            United States District Judge

Dated:  May 20, 2020
           New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5-5-20

| UNITED STATES OF AMERICA | ) | CASE NO. 1:12-CR-00790-PAE |
| --- | --- | --- |
| -V- | ) | MOTION FOR COMPASSIONATE RELEASE |
|  | ) | PRO SE |
| JUAN RODRIGUEZ | ) |  |

Comes now the defendant JUAN RODRIGUEZ, petitioning the court for compassionate release. The defendant is at high risk for mortal complications due to the corona virus pandemic.

Based on the defendants medical history which includes hypertention, depression and bad cholesterol, the defendant meets all requirements that the Center for Disease Control put in place for high risk for mortal complications should the defendant contract the corona virus. The defendant is 67 years of age and resides at the facility. Attorney William Barr recommends that the B.O.P should start releasing inmates due to the pandemic (F.C.I Danbury).

Releasing the defendant would allow him to properly (quarantine) and allow for proper medical treatment. So far the administrative staff at Danbury have done nothing to combat the corona virus, with (60) inmates testing positive and many hospitalized (50) officers testing positive and one death due to neglect by the Health Services Department at Danbury F.C.I. The hygene and living quarters are filthy and do not abide the social distancing recommended by the C.D.C of 6 feet, with 3 feet allowed between inmates. The virus has run swiftly through the entire compound with reported inmates contracting the virus twice. It is hereby requested that the court grant the petitioners request for compassionate release without further hesitation based on the afforementioned facts.

Signed this 5 day of May 2020          X  _Juan Rodriguez_

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:12-CR-00790-PAE |
| -V- | MOTION FOR APPOINTMENT OF COUNCEL |
| JUAN RODRIGUEZ | PRO SE |

COMES NOW THE DEFENDANT JUAN RODRIGUEZ, PETITIONING THE COURT FOR APPOINTMENT OF COUNCEL, TO HELP DEFENDANT WITH ANY AND ALL PREPORATIONS NEEDED IN FUTURE PROCEEDINGS REGARDING DEFENDANTS MOTION FOR COMPASSIONATE RELEASE

SIGNED THIS 5 DAY OF MAY 2020      X  /s/ Juan Rodriguez

Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Inmate Name: Isaac Rodriguez
Register Number: #67552-054

67552-054
Clerk Of Court
U S District Court
500 Pearl ST
NEW YORK, NY 10007
United States