UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :

UNITED STATES OF AMERICA,               :

            -v-                          :                12-CR-790 (PAE)

JUAN RODRIGUEZ,                        :                <u>SCHEDULING ORDER</u>

                Defendant.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **June 1, 2020** at **2:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: May 28, 2020                                 *Paul A. Engelmayer*
       New York, New York                    PAUL A. ENGELMAYER
                                                            United States District Judge