# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

February 11, 2021

BY ECF & EMAIL  
Hon. Paul A. Engelmayer  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:    *United States v. Juan Rodriguez*  
              12 Cr. 790 (PAE)

Dear Judge Engelmayer:

      I write on behalf of Juan Rodriguez, currently incarcerated at FCI Danbury, Connecticut. I represented Mr. Rodriguez in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, during his 2020 request for compassionate release. I filed the motion on June 22, 2020, requesting compassionate release for Mr. Rodriguez. That motion was denied on July 2, 2020.

      I respectfully request CJA reappointment to submit a motion requesting reconsideration of the Court's denial of our request for compassionate release, as well as a motion requesting, in the alternative, a reduction to Mr. Rodriguez' sentence pursuant to *United States v. Brooker*, No. 19-3218, WL 5739712 (2d Cir. Sept. 25, 2020).

      Thank you for your consideration of this request.

                                              Respectfully Submitted,

                                              *Ken Womble*

                                              Ken Womble  
                                              Zeman & Womble, LLP

Cc: AUSA Samson Enzer

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 152.

2/11/2021

SO ORDERED.

_____  
PAUL A. ENGELMAYER  
United States District Judge