UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUAN RODRIGUEZ,

                              Defendant.

12-CR-790-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion for sentence reduction from defendant Juan

Rodriguez. *See* Dkt. 176. The Court directs the Government to file a letter responding to this

motion. The Government's response is due Tuesday, **December 12, 2023.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2023
       New York, New York