UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JUAN RODRIGUEZ,

                    Defendant.

12-CR-790-03 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On February 14, 2014, defendant Juan Rodriguez was sentenced principally to a term of imprisonment of 240 months.  Dkt. 67.

On January 23, 2024, Rodriguez filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively.  Dkt. 181.  The United States Probation Department has issued a report indicating that Benjamin is not eligible for a sentence reduction. Dkt. 182.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 181, and the Probation Department, Dkt. 182.

The Court finds that Rodriguez is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821.  The Court therefore denies Rodriguez's motion.

The Clerk of Court is requested to terminate the motion at Dkt. 181 and to mail a copy of this order to Rodriguez at the below address:

Juan Rodriguez
67552-054
F.C.I. Danbury
33 ½ Pembrooke Rd
Danbury, CT 06811

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 5, 2024
New York, New York

2